1 | Ed Dunlavey
  | Legal Officer
2 | NATIONAL PARK SERVICE
  | Law Enforcement Office
3 | P.O. Box 517
  | Yosemite, California  95389
4 | Telephone: (209) 372-0243

5

6 IN THE UNITED STATES DISTRICT COURT FOR THE

7 EASTERN DISTRICT OF CALIFORNIA

8  | UNITED STATES OF AMERICA,    )   Docket 6:09-CR-00027-YNP
   |         Plaintiff,           )
9  |                              )
   |     v.                       )
10 |                              )
   | KYLE NARASKY,                )
11 |         Defendant.           )
   |                              )
12
13 | UNITED STATES OF AMERICA,    )   Docket 6:09-CR-00025-YNP
   |         Plaintiff,           )
14 |     v.                       )
   |                              )
15 | CHRIS GIERLICH,              )
   |         Defendant.           )
16 |                              )

17 | UNITED STATES OF AMERICA,    )   Docket 6:09-CR-00026-YNP
   |         Plaintiff,           )
18 |                              )
   |     v.                       )
19 |                              )
   | CHAD GIERLICH,               )
20 |         Defendant.           )
   |                              )
21

22                                    STIPULATION TO VACATE
                                      STATUS CONFERENCE AND
23                                    SET FOR PLEA AND SENTENCE;
                                      AND ORDER
24                                    THEREON

25

26                                    Courtroom: Yosemite U.S.. Magistrate
                                      Honorable: Dennis Beck
27

28 //

1

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, CHAD GIERLICH, his attorney of record, Robert Viefhaus, Defendant CHRIS GIERLICH, his attorney of record, Jeremy Kroger, Defendant, KYLE NARASKY, and his attorney of record, Michael Mitchell, that the Status Conference in the above-captioned matters set for November 17, 2009 be vacated, and the matters be set for plea and sentence on January 5, 2010, at 10:00 a.m.

Dated: November 10, 2009  /S/ Susan St. Vincent
Susan St. Vincent
Acting Legal Officer
Yosemite National Park

Dated: November 11 , 2009  /S/ Robert M. Viefhaus
Robert M. Viefhaus
Attorney for Defendant
CHAD GIERLICH

Dated: November 11 , 2009  /S/ Jeremy S. Kroger
Jeremy S. Kroger
Attorney for Defendant
CHRIS GIERLICH

Dated: November 11 , 2009  /S/ Michael E. Mitchell
Michael E. Mitchell
Attorney for Defendant
KYLE NARASKY

* * * ORDER * * *

The Court, having reviewed the above request to vacate the status conference, now set for November 17, 2009, and set the matter for plea and sentence January 5, 2010, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Status Conference set for November 17, 2009, is vacated.
2. The matter is now set for plea and sentence on January 5, 2010.

IT IS SO ORDERED.

Dated: **November 13, 2009**                         **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE