1  **MICHAEL E. MITCHELL, #240199**
   **LAW OFFICES OF MICHAEL E. MITCHELL**
2  285 W. Shaw Avenue, Suite 101
   Fresno, California 93704
3  Telephone: (559) 222-2424
   Facsimile: (559) 222-2434
4
   Attorney for Defendant
5  **KYLE NARASKY**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KYLE NARASKY,<br><br>　　　　　Defendant. | Docket 6:09-CR-0027-YNP<br><br>STIPULATION TO VACATE PLEA AND SENTENCING AND CONTINUE FOR PLEA AND SENTENCING; AND ORDER THEREON<br><br>Courtroom: Yosemite U.S. Magistrate<br>Magistrate: Hon. Dennis Beck |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHRIS GIERLICH,<br><br>　　　　　Defendant. | Docket 6:09-CR-00025-YNP<br><br>STIPULATION TO VACATE PLEA AND SENTENCING AND CONTINUE FOR PLEA AND SENTENCING; AND ORDER THEREON |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHRIS GIERLICH,<br><br>　　　　　Defendant. | Docket 6:09-CR-00026-YNP<br><br>STIPULATION TO VACATE PLEA AND SENTENCING AND CONTINUE FOR PLEA AND SENTENCING; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, CHAD GIERLICH, his attorney of record, Robert Viefhaus, Defendant CHRIS GIERLICH, his attorney of record, Jeremy Kroger, Defendant, KYLE NARASKY, and his attorney of record, Michael Mitchell, that the Plea and Sentencing in the above-captioned matters set for January 5, 2010 at 10:00 a.m., be vacated, and the matters be set for pea and sentencing on March 2, 2010 at 10:00 a.m.  Defendants by and through their attorneys of record also stipulate and agree to waive and exclude time generally for their speedy trial.

DATED: January 4, 2010         /s/  
                                     Michael E. Mitchell  
                                     Attorney for Defendant  
                                     KYLE NARASKY

DATED: January 4, 2010         /s/  
                                     Robert M. Viefhaus  
                                      Attorney for Defendant  
                                     CHAD GIERLICH

DATED: January 4, 2010         /s/  
                                     Jeremy S. Kroger  
                                     Attorney for Defendant  
                                     CHRIS GIERLICH

DATED: January 4, 2010         /s/  
                                     Susan St. Vincent  
                                     Acting Legal Officer  
                                     Yosemite National Park

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the above request to vacate the plea and sentencing for all Defendants, now set for January 5, 2010 at 10 a.m. and continue the plea and sentencing to March 2, 2010 at 10:00 a.m., be granted.

     IT IS SO ORDERED.

| | |
|---|---|
| Dated: **January 4, 2010** | **/s/ Gary S. Austin** |
| | UNITED STATES MAGISTRATE JUDGE |